428 A.2d 678

Commonwealth v. Hampton, Appellant.

---

* Justice Samuel J. Roberts of the Supreme Court of Pennsylvania, is sitting by designation.

Submitted March 17, 1980. Robert I. Segal, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.